The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODNEY EHLI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　　Defendants. | NO. 3:20-CV-5306-RSM<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES |

　　　　The Court has considered the Joint Motion to Stay Discovery and all Pretrial Deadlines for the above-referenced case.

　　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Stay Discovery and All Pretrial Deadlines for purposes of finalizing settlement between parties be granted.

　　　　DATED this 7th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES
NO. 3:20-CV-5306-RSM

- 1 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Ehli C20-5306 stip order stay/120720 1448/8284-0020