**The Honorable Ricardo S. Martinez**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY EHLI ) | |
| ) | Case No. 3:20-cv-05306-RSM |
| Plaintiff ) | |
| ) | ORDER GRANTING STIPULATION |
| vs. ) | TO DISMISS WITHOUT PREJUDICE |
| ) | |
| C.R. BARD INC. and BARD ) | |
| PERIPHERAL VASCULAR, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Parties' *Joint Stipulation of Dismissal Without Prejudice*. IT IS HEREBY ORDERED that said Stipulation is **GRANTED**, and this matter is **DISMISSED** with each party to bear its own attorneys' fees and costs.

SO ORDERED, this 3rd day of March, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION OF
DISMISSAL WITHOUT PREJUDICE              1
NO. 3:20-cv-05306-RSM

McSweeney Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404